# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| Flagstar Bank, FSB, ) | |
| ) | Civil Action No. 5:16-cv-01979-JMC |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Ruby Elaine Pinnex and Mortgage ) | |
| Electronic Registration Systems, Inc., as ) | |
| nominee for Homecomings Financial ) | |
| Network, Inc., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court to address the status of the action in light of its receipt of 2 checks from Defendant Ruby Elaine Pinnex's ("Defendant") in the amount of $460.00 and $505.00. The court observes that on July 12, 2016, it entered an Order and Opinion concluding that it lacks subject matter jurisdiction over the action and the matter should be remanded to the Court of Common Pleas for Calhoun County, South Carolina. (ECF No. 14.) Defendant has neither moved for reconsideration nor filed a notice of appeal. Therefore, the matter is and continues to be closed.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

July 15, 2016
Columbia, South Carolina

1